# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**NICHOLAS D. BROWN**                                                **PETITIONER**

**V.**                                                                          **CAUSE NO. 3:18-CV-29-CWR-JCG**

**TIMOTHY OUTLAW**                                                 **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on February 12, 2019. Docket No. 21. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with Local Rule 72. *Id.*; *see* 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b)(2).

Petitioner has been paroled since July 2018, has not updated his address with the Court, and never responded to the pending Motion to Dismiss. The Report and Recommendation was sent to Petitioner's last known address on February 12, 2019. Inmates are responsible for keeping the Court informed of their address. Petitioner was warned that his failure to keep this Court informed of his current address may result in dismissal of this case. *See* Docket No. 4.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the Respondent's Motion to Dismiss (Docket No. 8) is granted and Petitioner's § 2254 petition is dismissed with prejudice. A separate Final Judgment will issue this day.

**SO ORDERED**, this the 29th day of March, 2019.

                                                   s/ Carlton W. Reeves
                                                   UNITED STATES DISTRICT JUDGE